UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:25-cr- 00435-SI |
| v. | INDICTMENT |
| AENOY PANYANOUVONG, | 18 U.S.C. § 113(a)(4) |
| Defendant. | |

THE GRAND JURY CHARGES:

### COUNT 1
(Assault)
(18 U.S.C. § 113(a)(4))

On or about January 24, 2025, within the District of Oregon, defendant **AENOY PANYANOUVONG**, at a place within the special maritime or territorial jurisdiction of the United States, namely Federal Correctional Institution, Sheridan, did assault Adult Victim (AV), by striking, beating, or wounding him with his fists.

In violation of Title 18, United States Code, Section 113(a)(4).

Dated: October 21, 2025

A TRUE BILL.

OFFICIATING FOREPERSON

Presented by:

SCOTT E. BRADFORD
United States Attorney

NICHOLAS D. MEYERS, OSB #222743
Assistant United States Attorney

Indictment    Page 1